F.3d 355, 359 (5th Cir.2005). Lerma does not claim procedural error.

Where, as here, the district court imposes a sentence within a properly calculated advisory Guidelines sentencing range, the sentence is entitled to a presumption of reasonableness. *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). Lerma attempts to rebut the presumption of reasonableness, asserting the district court failed to give sufficient weight to his "extraordinary family circumstances". He notes in this regard that while he was in custody for the instant offense, his wife died, and further that while his parents are caring for his three young children, his mother also cares for his father, who is disabled, diabetic, and waiting for a liver transplant.

Lerma essentially seeks to have his sentence vacated based on a reweighing on appeal of the 18 U.S.C. § 3553(a) sentencing factors. "[T]he sentencing judge is in a superior position to find facts and judge their import under § 3553(a) with respect to a particular defendant". *United States v. Campos–Maldonado,* 531 F.3d 337, 339 (5th Cir.2008). Lerma's disagreeing with the propriety of his within-Guidelines 170–month sentence does not suffice to rebut the presumption of reasonableness that attaches to it. *See United States v. Gomez–Herrera,* 523 F.3d 554, 565–66 (5th Cir. 2008). This is especially true in this instance because the district court stated it had considered the 18 U.S.C. § 3553(a) factors, *see Alonzo,* 435 F.3d at 554, and gave Lerma "the benefit of the doubt" in not imposing a sentence at the top of his advisory Guidelines sentencing range.

AFFIRMED.

**Anne M. PARR, Plaintiff–Appellant**

v.

**Stephen HULBERT; Carroll Falcon; Randolph Cheramie; Alton F. Doody; Board of Supervisors for the University of Louisiana System, Defendants–Appellees.**

No. 12–30363.

United States Court of Appeals,
Fifth Circuit.

April 4, 2013.

Louis Roy Koerner, Jr., Koerner Law Firm, Houma, LA, Robert Brent Cueria, Cueria Law Firm, New Orleans, LA, for Plaintiff–Appellant.

Linda Law Clark, Esq., Decuir, Clark & Adams, L.L.P., Baton Rouge, LA, for Defendants–Appellees.

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to Fifth Circuit Rule 47.5, the court    has determined that this opinion should not

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Luis LARA, true name Lucio Luis
Lara, Jr., Defendant–
Appellant.**

No. 12–40694
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 4, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Marcelino Rubio, Sr., Laredo, TX, for Defendant–Appellant.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Lara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lara has filed a response. The record is insufficiently developed to allow consideration at this time of Lara's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lara's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fredy Geovany MENDEZ–ALVARADO,
also known as Fredy Mendez,
Defendant–Appellant.**

No. 12–50523
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 5, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.